AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Shelly Cruz,

Plaintiff,

V.

Harris & Harris, Ltd., an Illinois corporation.

Defendant.

CASE NUMBER: 1:20-cv-195

ASSIGNED JUDGE: Kennelly

DESIGNATED
MAGISTRATE JUDGE: Schenkier

TO: (Name and address of Defendant)

Harris & Harris, Ltd.
c/o MS Registered Agent Services, as registered agent
191 N. Wacker Drive
Suite 1800
Chicago, Illinois 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



January 10, 2020

DATE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20 CV 195

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Harris & Harris, Ltd. c/o MS Registered Agent Services, as registered agent</u> was received by me on *(date)* <u>Jan 13, 2020, 10:11 pm.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Bonnie yancy</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Harris & Harris, Ltd. c/o MS Registered Agent Services, as registered agent</u> on *(date)* <u>Thu, Jan 16 2020</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: 1/16/2020

*Server's signature*

Kyle Clutter 115-002370

*Printed name and title*

116 W Jackson Suite 254, Chicago, IL 60604

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Jan 16, 2020, 3:25 pm CST at Company: 191 N. Wacker Drive SUITE 1800, CHICAGO, IL 60606 received by Bonnie yancy. Relationship: Authorized Agent ;